ROBERT A. DOTSON
Nevada State Bar No. 5285
JILL I. GREINER
Nevada State Bar No. 4276
DOTSON LAW
One East First Street
City Hall Tower, 16th Floor
Reno, Nevada 89501
Tel:    (775) 501-9400
Email:  rdotson@dotsonlaw.legal
        jgreiner@dotsonlaw.legal
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA WALSH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ITS LOGISTICS, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: |

### NOTICE OF REMOVAL OF COMPLAINT TO UNITED STATES DISTRICT COURT

TO:    THE HONORABLE JUDGES OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1331, 1367, 1441, and 1446(a), Defendant ITS Logistics, LLC ("ITS" or "Defendant") hereby petitions the Court for removal of the action described below from the Second Judicial District Court of the State of Nevada in and for the County of Washoe, to this Court, the United States District Court for the District of Nevada. Removal is based on federal question jurisdiction because a federal question appears on the face of the initial pleading filed by Lisa Walsh ("Walsh" or "Plaintiff"). In support of its notice, Defendants state as follows:

### BACKGROUND

1.    On September 23, 2016, Plaintiff filed a Collective and Class Action Complaint in the Second Judicial District Court of the State of Nevada in and for the County of Washoe. This Complaint was served on October 3, 2016. In accordance with 28 U.S.C. 1446(a), a copy of all process, pleadings, and orders received by Defendant is attached hereto as Exhibit 1.

DOTSON LAW
ONE EAST FIRST STREET
CITY HALL TOWER, STE 1600
RENO, NEVADA 89501

1

2.    Within the Complaint, Plaintiff alleges eight causes of action regarding inappropriate pay practices, four of which are claims under State law.  Two of the claims reference the Fair Labor Standards Act ("FLSA"), one claim alleges a failure to pay minimum wage in violation of the Nevada Constitution, and the remaining claim is for quantum meriut/unjust enrichment.

3.    In the Complaint, Plaintiff alleges facts in support of her two Fair Labor Standards Act (FLSA) claims, a federal cause of action. Plaintiff specifically alleges that Defendant failed to pay wages, in violation of the FLSA, 29 U.S.C. Section 201, et seq., and Defendant failed to pay overtime wages in violation of the FLSA, 29 U.S.C. Section 207. Furthermore, within the Complaint Plaintiff's Prayer for Relief includes a request for an order certifying the action under FLSA, and certifying the action as a traditional class action under Federal Rules of Civil Procedure Rule 23. And finally, within the Complaint, Plaintiff also includes four requests for damages "under federal law for all hours worked", as well as liquidated damages pursuant to 29 U.S.C. Section 216(b). *See* Complaint, Exhibit 1.

### JURISDICTION

4.    As noted above, Plaintiff alleges claims under FLSA. Therefore, federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331 because the resolution of Plaintiff's claims will require adjudication of disputed questions of federal law.

5.    Under 28 U.S.C. § 1441, defendants have a statutory right to remove a case from state court to a United States District Court where that case could have originally been filed in federal court.

6.    To the extent the Complaint alleges state statutory, state common law or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's claims under FLSA, and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

7.    Therefore, because Plaintiff's FLSA claims arise under the laws of the United States, removal of this entire cause of action is therefore appropriate under 28 U.S.C. § 1441(a)-(c).

///

///

## REMOVAL IS PROPER

8.      This action is pending in the Second Judicial District Court of the State of Nevada in and for the County of Washoe. This Court includes and embraces Washoe County. *See* 28 U.S.C. § 108. This Court is therefore the proper Court to which the action should be removed. *See* 28 U.S.C. §1441(a).

9.      This Notice of Removal is timely filed because it was filed within 30 days after receipt of the Summons and Complaint by Defendant. *See* 28 U.S.C. §1446(b).

10.     Venue is proper in this case pursuant to 28 U.S.C. §1441(a) and 1446(a) because the U.S. District Court for the District of Nevada is the federal judicial district embracing the Second Judicial District Court, Reno, Nevada, where Plaintiff's Collective and Class Action Complaint was filed.

11.     Written notice of the removal will be served on all other parties, and Defendant will timely file a Notice of Removal in the Second Judicial District Court of the State of Nevada in and for the County of Washoe, a true and correct copy of which is attached hereto as Exhibit 2. *See* 28 U.S.C. § 1446(d). Defendant reserves the right to amend or supplement this Notice of Removal.

12.     If any question arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable. *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000) (General rule that post-removal evidence in assessing removal jurisdiction may be considered by the Court).

///
///
///
///
///
///
///
///
///

## CONCLUSION

For the foregoing reasons, Defendant ITS respectfully requests that this action be removed from the Second Judicial District Court of the State of Nevada in and for the County of Washoe, to the United States District Court for the District of Nevada, that this Court assume jurisdiction of this civil action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal.

Dated this 20 day of October, 2016.

DOTSON LAW

ROBERT A. DOTSON
Nevada State Bar No. 5285
JILL I. GREINER
Nevada State Bar No. 4276
One East First Street
City Hall Tower, Ste. 1600
Reno, Nevada 89501
Attorneys for Defendant

DOTSON LAW
ONE EAST FIRST STREET
CITY HALL TOWER, STE 1600
RENO, NEVADA 89501

4

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DOTSON LAW, and that on this date; I caused to be served a true and correct copy of the foregoing by:

☐ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson Law, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☐ (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☐ Reno/Carson Messenger Service.

☒ By email to the email addresses below.

addressed as follows:

Mark R. Thierman
Joshua D. Buck
Leah L. Jones
Thierman Buck LLP
7287 Lakeside Drive
Reno, Nevada 89511
mark@thiermanlaw.com
josh@thiermanlaw.com
leah@thiermanlaw.com

DATED this __20__ day of October, 2016.

_____
L. MORGAN BOGUMIL

DOTSON LAW
ONE EAST FIRST STREET
CITY HALL TOWER, STE 1600
RENO, NEVADA 89501

5

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGES |
|:---:|---|:---:|
| 1 | State Court Complaint and Demand for Jury | 31 |
| 2 | State Court Notice of Removal | 5 |

DOTSON LAW
ONE EAST FIRST STREET
CITY HALL TOWER, STE 1600
RENO, NEVADA 89501

6