**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff Lisa Walsh, on behalf of herself and others similarly situated*

**NIXON PEABODY LLP**
BRIAN V. ALCALA, *admitted pro hac vice*
BRITTANY BOGAERTS, *admitted pro hac vice*
70 West Madison Street, Suite 3500
Chicago, IL 60602
Tel. (312) 977-4400
bvalcala@nixonpeabody.com
bbogaerts@nixonpeabody.com

SETH NEULIGHT, *admitted pro hac vice*
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel. (415) 984-8377
sneulight@nixonpeabody.com

**DOTSON LAW**
Robert A. Dotson, Nev. Bar No. 5285
Jill I. Greiner, Nev. Bar No. 4276
One East First Street
City Hall Tower, 16th Floor
Reno, NV 89501
Telephone: (775) 501-9400
rdotson@dotsonlaw.legal
jgreiner@dotsonlaw.legal

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA WALSH, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ITS LOGISTICS, LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00607-MMD-WGC<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Miranda Du presiding, on __July 24, 2017__.  This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Settlement Agreement and Release between Plaintiff and Defendant ("Stipulation of Settlement") filed herewith.  The Settlement appears to be fair, adequate and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative Enhancement Awards should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in accordance with the Implementation Schedule set forth below.

4. This Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Class Action Settlement, Dispute Form and Opt-Out Form and Hearing Date for Court Approval ("Notice of Pendency of Class Action"), in substantially the form attached as Exhibit A to the Settlement Agreement.  This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the Settlement as set forth in the Notice of Pendency of Class Action.

5. This Court directs the mailing of the Notice of Pendency of Class Action by first class mail to the Class Members in accordance with the Implementation Schedule set forth below.  This Court finds the dates selected for the mailing and

distribution of the Notice of Pendency of Class Action, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Lisa Walsh as Class Representative and Thierman Buck, LLP as Class Counsel.

8. This Court confirms Simpluris as the Claims Administrator.

10. This Court orders the following **Implementation Schedule** for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claims Administrator | August 15, 2017<br>[20 calendar days after Order granting Preliminary Approval] |
| b. | Deadline for Claims Administrator to Mail the Notice of Pendency of Class Action to Class Members | August 24, 2017<br>[30 calendar days after Order granting Preliminary Approval] |
| c. | Deadline for Class Members to Postmark Requests for Disputes, or Opt-Outs | September 24, 2017<br>[30 calendar days after initial mailing of the Notice of Pendency of Class Action to Class Members] |
| d. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | September 24, 2017<br>[30 calendar days after initial mailing of the Notice of Pendency of Class Action to Class Members] |
| e. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | September 30, 2017<br>[7 calendar days before Final Approval Hearing] |
| f. | Final Fairness and Approval Hearing | October 30, 2017 at 1:30 P.M. in Reno Courtroom 5. |

| | | |
|---|---|---|
| g. | Deadline for Defendant to Fund Settlement Account maintained by Claims Administrator | <u>November 14</u>, 2017<br>[15 days after Effective Date of Final Approval Order] |
| h. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel (if Settlement is Effective) | <u>December 4, 2017</u>, 2017<br>[10 calendar days after Defendant Funds Settlement Account] |
| i. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | <u>Decenber 14</u>, 2017<br>[10 days after Defendant Funds Settlement Account] |
| j. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Award, Attorneys' Fees and Costs (if Settlement is Effective) | <u>January 30</u>, ~~2017~~ 2018.<br>[90 calendar days after Effective Date of Final Approval Order] |

**IT IS SO ORDERED.**

Dated: July 24, 2017

_____
Honorable Miranda Du
District Court Judge

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com